UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEITH RODRIGUEZ, and others similarly situated,

                Plaintiffs,

-against-

WESTECH SECURITY AND INVESTIGATION INC, WILLIAM VASSELL, and "JOHN DOE #1" through "JOHN DOE #10," the last ten names being fictitious and unknown to Plaintiffs, the person or parties intended being the individual shareholders, officers, directors or managers who qualify as "employers" under the New York Labor Law because they: (1) had the power to hire and fire the employees; (2) supervised and controlled employee work schedules or conditions of employment; (3) determined the rate and method of payment; (4) and maintained employment records,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/2025

25 Civ. 123 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By letter dated March 24, 2025, Plaintiff stated that he "intend[s] to file a motion seeking a default judgment against [D]efendants." ECF No. 14. Almost two months have passed since, and Plaintiff has filed no such motion. Accordingly, by **June 11, 2025**, Plaintiff shall move for a default judgment pursuant to Attachment A of this Court's Individual Practices in Civil Cases or file a letter stating his intentions with respect to the prosecution of this action.

    SO ORDERED.

Dated: May 14, 2025
       New York, New York

                                            ANALISA TORRES
                                        United States District Judge