UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/15/2025_
```

KEITH RODRIGUEZ, and others similarly situated,

                Plaintiffs,

-against-

WESTECH SECURITY AND INVESTIGATION INC, WILLIAM VASSELL, and "JOHN DOE #1" through "JOHN DOE #10," the last ten names being fictitious and unknown to Plaintiffs, the person or parties intended being the individual shareholders, officers, directors or managers who qualify as "employers" under the New York Labor Law because they: (1) had the power to hire and fire the employees; (2) supervised and controlled employee work schedules or conditions of employment; (3) determined the rate and method of payment; (4) and maintained employment records,

                Defendants.

25 Civ. 123 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Plaintiff's motion for class certification and the accompanying declarations, exhibits, and memorandum of law. ECF Nos. 24–27. By **July 22, 2025**, Plaintiff shall serve the motion and all accompanying materials, *id.*, as well as this order, on Defendants. By that **same date**, Plaintiff shall file proof of such service on the docket. By **August 19, 2025**, Defendants shall appear in this action and respond to the motion. By **September 2, 2025**, Plaintiff shall file his reply, if any.

    SO ORDERED.

Dated: July 15, 2025
       New York, New York

                                              ANALISA TORRES
                                              United States District Judge