UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEITH RODRIGUEZ, and others similarly
situated,

                              Plaintiffs,

            -against-

WESTECH SECURITY AND
INVESTIGATION INC, WILLIAM VASSELL,
and "JOHN DOE #1" through "JOHN DOE
#10," the last ten names being fictitious and
unknown to Plaintiffs, the person or parties
intended being the individual shareholders,
officers, directors or managers who qualify as
"employers" under the New York Labor Law
because they: (1) had the power to hire and fire
the employees; (2) supervised and controlled
employee work schedules or conditions of
employment; (3) determined the rate and method
of payment; (4) and maintained employment
records,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __4/30/2026__

25 Civ. 123 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        The Court has reviewed Plaintiff's proposed form of notice to class members. ECF No. 32. Plaintiff states that "he does not currently have contact information for the class members," although he has "subpoenaed [the bank Defendants used to issue paychecks] to produce class contact information . . . by May 13, 2026." *Id.* Accordingly, by **May 20, 2026**, Plaintiff shall provide a status update concerning how it intends to identify and contact proposed class members.

        SO ORDERED.

Dated: April 30, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge