USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/31/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEITH RODRIGUEZ, and others similarly situated,

Plaintiff,

-against-

WESTECH SECURITY AND INVESTIGATION INC, WILLIAM VASSELL, and "JOHN DOE #1" through "JOHN DOE #10," the last ten names being fictitious and unknown to Plaintiffs, the person or parties intended being the individual shareholders, officers, directors or managers who qualify as "employers" under the New York Labor Law because they: (1) had the power to hire and fire the employees; (2) supervised and controlled employee work schedules or conditions of employment; (3) determined the rate and method of payment; (4) and maintained employment records,

Defendants.

25 Civ. 123 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Plaintiff's proposed form notice to individual class members. ECF No. 36-1. Although Plaintiff has filed the substance of its notice, and described its approach to identifying class members, Plaintiff has not described what contact information he received and how he intends to transmit the proposed notice, such as via email, mail, and/or text message. *See* ECF Nos. 34, 36. Accordingly, by **August 14, 2026**, Plaintiff shall file a letter with the Court providing such details. In addition, Plaintiff's letter shall address whether he has any basis to believe Defendants used any payroll companies other than Zuma between June 10, 2024 and September 30, 2024. *See* ECF No. 36 (stating only that Zuma is "*a* payroll company used by Defendant" (emphasis added)).

SO ORDERED.

Dated: July 31, 2026
New York, New York

ANALISA TORRES
United States District Judge